**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Eloisa Queiroz Gomes et al
Petitioners

V.

CIVIL ACTION

NO. 4:25-cv-11964-ADB

Pamela Bondi et al
Respondents

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Electronic Order dated November 3, 2025 Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED without prejudice for failure to prosecute.

By the Court,

November 3, 2025
Date

/s/Caetlin McManus
Deputy Clerk