**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Eloisa Queiroz Gomes**
Plaintiff

CIVIL ACTION

V.

NO 4:25-cv-11964-ADB

**Pamela Bondi et al**
Defendants

## ORDER OF DISMISSAL

Burroughs, D. J.

In accordance with the Court's Order dated August 21, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice.

By the Court,

August 21, 2026
Date

/s/ Caetlin McManus
Deputy Clerk